IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RANDY DENSON,
:
      Petitioner,
:
   VS.                                 :
                                    :     NO. 7:13-CV-109 (HL)
Warden HATCHER,
:
      Respondent.     :    **O R D E R**

      Petitioner **RANDY DENSON**, a prisoner at Rutledge State Prison, filed the instant petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1). By Order dated August 29, 2013, the Court denied Petitioner's request to proceed *in forma pauperis* and ordered him to pay the $5.00 filing fee within twenty-one (21) days (Doc. 7). Petitioner was expressly informed that if he failed to comply with the Court's Order, his case would be dismissed. The Court issued another Order which similarly instructed Petitioner (Doc. 8). To date, Petitioner has failed to respond to either of this Court's Orders.

      Based on the foregoing, it is hereby **ORDERED** that Petitioner's habeas action be **DISMISSED WITHOUT PREJUDICE.**

      **SO ORDERED**, this 10th day of October, 2013.

                                  *s/ Hugh Lawson*
                                  HUGH LAWSON
                                  UNITED STATES DISTRICT JUDGE

cr