IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**RANDY DENSON,**

    Petitioner,

v.

**WARDEN HATCHER**,

    Respondent.

Case No. 7:13-CV-109 (HL)

**ORDER**

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 34) that the Respondent Warden Hatcher's Motion to Dismiss (Doc. 18) the habeas corpus petition (Doc. 1) of Randy Denson be granted. No objection to the Recommendation has been filed. The Court has reviewed it for clear error and found none. Therefore, the Court accepts and adopts the Recommendation in full.

The Court finds that Petitioner has failed to make a substantial showing that he has been denied a constitutional right. 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000). Accordingly, the Court denies a certificate of appealability with regards to the dismissal of the petition.

**SO ORDERED**, this the 3rd day of June, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr