IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RANDY DENSON, | : |
| | : |
| Petitioner, | : |
| | : |
| VS. | : |
| | : CASE NO.: 7:13-CV-109 (HL) |
| WARDEN HATCHER, | : |
| | : |
| Respondent. | : |

## ORDER

*Pro se* Petitioner Randy Denson has filed a Notice of Appeal and a Motion for Leave to Proceed *In Forma Pauperis* on appeal. (Docs. 37, 40). The record in this case reveals that on June 3, 2014, this Court ordered Petitioner's case dismissed and further ordered that a Certificate of Appealability ("COA") be denied in this 28 U.S.C. § 2254 action. (Doc. 35). Judgment was entered on the same day. (Doc. 36.) Because Petitioner is not entitled to a COA, he is not entitled to appeal *in forma pauperis*. Accordingly, Petitioner's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

SO ORDERED, this 17th day of July, 2014.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

lws