IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RANDY DENSON,                          :
                                       :
                Petitioner,            :
                                       :
        VS.                            :
                                       :        CASE NO.: 7:13-CV-109 (HL)
WARDEN HATCHER,                        :
                                       :
                Respondent.            :
_____

## ORDER

*Pro se* Petitioner Randy Denson has filed a second Motion for Leave to Proceed *In Forma Pauperis* on appeal (Doc. 42), following the denial of his previous motion to proceed *in forma pauperis* (Doc. 41). As stated in the Court's previous Order, the record in this case reveals that on June 3, 2014, this Court ordered Petitioner's case dismissed and further ordered that a Certificate of Appealability ("COA") be denied in this 28 U.S.C. § 2254 action. (Doc. 35). Judgment was entered on the same day. (Doc. 36.) Because Petitioner is not entitled to a COA, he is not entitled to appeal *in forma pauperis*. Accordingly, Petitioner's current motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

SO ORDERED, this 25th day of July, 2014.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

lws